UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
: 
MOHAMED MASHRAH, et al.,                        :
                         Petitioners,    :
:            24 Civ. 1056 (LGS)
       -against-                    :
:                ORDER
ANTONY BLINKEN, et al.,                         :
:
                        Respondents.    :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS on February 13, 2024, the Petition for a Writ of Mandamus was filed. It is hereby

      **ORDERED** that by **March 22, 2024,** the parties shall submit a joint letter proposing an agreed-upon briefing schedule. If the parties cannot agree on a briefing schedule, the joint letter shall contain both parties' proposals.

Dated: March 20, 2024
       New York, New York

                                                  LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE